IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHILLIP J. MOSKIOS,                                           Case No. 1:09-cv-00179-CL

          Plaintiff,                                              ORDER

   v.

DON MILLS, Superintendent,
Two Rivers Correctional Institution

          Defendant.

_____

CLARKE, Magistrate Judge.

     The court has reviewed *in camera* the confidential documents submitted by the KIDS Center in this matter. The court now ORDERS the documents released to the parties subject to the terms and conditions of the Protective Order (#39). Plaintiff's counsel may pick up these documents at the Clerk's office.

IT IS SO ORDERED.

                                    DATED this _____ day of October, 2013.

                                    _____

                                    MARK D. CLARKE

                                    United States Magistrate Judge