IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHILLIP J. MOSKIOS,

        Plaintiff,

   v.

DON MILLS, Superintendent,
Two Rivers Correctional Institution

        Defendant.

Case No. 1:09-cv-00179-CL

ORDER

CLARKE, Magistrate Judge.

The court has reviewed *in camera* the confidential documents submitted by the KIDS Center in this matter. The court now ORDERS the documents released to the parties subject to the terms and conditions of the Protective Order (#39). Plaintiff's counsel may pick up these documents at the Clerk's office.

IT IS SO ORDERED.

DATED this _____ day of October, 2013.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 1 – ORDER