IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

PHILLIP J. MOSKIOS, JR.,

        Petitioner,

1:09-cv-00179-CL

v.

**ORDER**

DON MILLS, Superintendent of Two Rivers Correctional Institute,

        Respondent.

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#69), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#69). The Amended Petition (#28) is DENIED.

IT IS SO ORDERED.

DATED this __8__ day of January, 2015.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER